IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YASHODA DEVI GURUNG, *Administratrix of the Estate of Karna Maya Mongar, deceased* <br> Plaintiff <br><br> v. <br><br> CITY OF PHILADELPIA DEPARTMENT OF PUBLIC HEALTH, *et al.* <br> Defendants | CIVIL ACTION <br><br> NO. 11-7235 |

# O R D E R

**AND NOW,** this 7th day of August 2014, upon consideration of Defendants' *motion to dismiss the amended complaint* filed pursuant to Federal Rule of Civil Procedure 12(b)(6) [ECF 21], Plaintiff's opposition thereto [ECF 22], Defendants' reply [ECF 25], the allegations in the amended complaint [ECF 20], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motion to dismiss is **GRANTED.**

It is further **ORDERED** that all remaining pending motions are denied as **MOOT**. The Clerk of Court is directed to close this matter.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
NITZA I. QUIÑONES ALEJANDRO, J.